DAVID I. DALBY (SBN: 114750)
ddalby@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
GC SERVICES, LP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAELA ROBINSON<br><br>    Plaintiff,<br><br>    vs.<br><br>GC SERVICES, LP.<br><br>    Defendants. | Case No.: 2:13-cv-00627-GEB-AC<br><br>**STIPULATION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT; ORDER**<br><br>Complaint Filed:   February 11, 2013 |

Pursuant to Federal Rule of Civil Procedure (FRCP), Rule 83 and Local Rule 143, by and through their respective counsel of record, plaintiff Michaela Robinson and Defendant GC Services LP hereby stipulate that GC Services LP has leave to file an amended answer to plaintiff's complaint. A copy of the proposed amended answer is attached to this stipulation as Exhibit A. The proposed amended answer includes a more specific reference to GC Services LP's statutory defenses of bona fide error as set forth in the fourteenth and fifteenth affirmative defenses.

RESPECTFULLY SUBMITTED,

DATED: November 13, 2013             HINSHAW & CULBERTSON LLP


By: /s/ David Ian Dalby
David I. Dalby
Attorneys for Defendant
GC SERVICES, LP.

DATED: November 13, 2013             LAW OFFICES OF TODD FREIDMAN PC


By: /s/ Todd M. Friedman
Todd M. Friedman
Attorney for Plaintiff MICHAELA ROBINSON

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

STIPULATION TO FILE AMENDED ANSWER; [PROPOSED] ORDER
CASE NO. 2:13-CV-00627-GEB-AC

3276500v1 0944843